UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY (COVINGTON)

| | | |
|---|---|---|
| STEVEN HELTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.  2:19-cv-00003-DLB-CJS |
| | ) | |
| LIBERTY LIFE ASSURANCE | ) | |
| COMPANY OF BOSTON, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SETTLEMENT

Comes now Defendant, Liberty Life Assurance Company of Boston ("Liberty Life"), by counsel, and notifies the Court that the parties have recently reached a settlement of this matter. The parties are working on finalizing the settlement and anticipate filing a Stipulation of Dismissal within thirty-five (35) days.

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C

By: */s/ Eric P. Mathisen*
Eric P. Mathisen, IN Bar # 19475-71
Admitted *pro hac vice*
56 S. Washington St., Suite 302
Valparaiso, IN 46383
Ph.:  (219) 242-8666
Fax:  (219) 242-8669
eric.mathisen@ogletree.com

Kevin E. Roberts, KY Bar No. 96835
111 Monument Circle, Suite 4600
Indianapolis, IN 46204
Ph.:  (317) 916-1300
Fax:  (317) 916-9076
kevin.roberts@ogletree.com

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing *NOTICE OF SETTLEMENT* was filed electronically on September 30, 2019 and that service of same on all counsel of record will be made by the Court's CM/ECF system as follows:

> Steven D. Jaeger
> sdjaeger@thejaegerfirm.com

I further certify that service was made on the following non-registered ECF counsel of record by placing copies of the foregoing *NOTICE OF SETTLEMENT* in envelopes properly addressed to them and with sufficient first-class postage pre-paid:

> None

> /s/ Eric P. Mathisen
> Eric P. Mathisen